IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Fox Joseph Salerno,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-10-2734-PHX-ROS<br><br>**ORDER** |

On August 11, 2011, Magistrate Judge Lawrence O. Anderson issued a Report and Recommendation ("R&R") recommending that the petition for a writ of habeas corpus be denied. (Doc. 11). Objections to an R&R must be filed within fourteen days. Fed. R. Civ. P. 72(b)(2). Petitioner did not file any objections.

A district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). Where any party has filed timely objections to the Magistrate Judge's R&R, the district court's review of the part objected to is to be *de novo. Id.* If, however, no objections are filed, the district court need not conduct such a review. *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia*, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, but not otherwise.") (internal quotations and citations omitted). Petitioner did not file any objections and the R&R will be adopted in full.

1     Accordingly,

2     **IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED**. The
3 request for a writ of habeas corpus is **DENIED**. The Clerk shall close this case.

4     **IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Dismissal
5 of the petition is justified by a plain procedural bar and jurists of reason would not find the
6 ruling debatable.

7     Dated this 19th day of September, 2011.

_____
Roslyn O. Silver
Chief United States District Judge